DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
AKIO KATANO
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADITYA KULKARNI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-00217-KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO SET BRIEFING SCHEDULE |
| ADITYA KULKARNI, | |
| Defendant. | Date:  July 21, 2010<br>Time:  2:00 PM<br>Judge: Hon. Kendall J. Newman |
| _____ | |

The United States of America, through Matthew Stegman, Assistant United States Attorney, together with defendant, Aditya Kulkarni, by and through counsel Lauren Cusick, Assistant Federal Defender, stipulate to vacate the trial confirmation hearing set for July 21, 2010, at 2:00 PM, and the jury trial set for August 9, 2010, at 9:00 AM, and set this case for a motion hearing on September 1, 2010, at 10:00 AM, pursuant to the following briefing schedule.

The parties stipulate to the following briefing schedule and hearing date:

Defendant's Motion due . . . . . . . . . . . . August 4, 2010

Government's Response due . . . . . . . . . . . August 18, 2010

Defendant's Reply due . . . . . . . . . . . . . August 25, 2010

Motion Hearing . . . . . . . . . . September 1, 2010 at 10:00 AM

The parties agree that the Court may set the jury trial following the motion hearing.

Dated: July 19, 2010

          Respectfully submitted,

          DANIEL J. BRODERICK
          Federal Defender

          /s/ Lauren Cusick
          LAUREN CUSICK
          Assistant Federal Defender
          Attorney for Defendant
          CHRISTOPHER CHELGREN

Dated: July 19, 2010

          BENJAMIN B. WAGNER
          United States Attorney

          /s/ Matthew C. Stegman
          MATTHEW C. STEGMAN
          Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

Dated: July 20, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE