```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    GINA LE
 4  Certified Student Attorney
    MATTHEW FLEMING
 5  Certified Student Attorney
    801 I Street, 3rd Floor
 6  Sacramento, California 95814
    Telephone: (916) 498-5700
 7

 8  Attorney for Defendant
    ADITYA KULKARNI
 9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00217 KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| ADITYA KULKARNI, | ) | Date: October 6, 2010 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Kendall J. Newman |
| | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for ADITYA KULKARNI, that the Court vacate the defendant's evidentiary hearing date set for October 6, 2010. The defendant respectfully requests the Court change the defendant's hearing date to November 1, 2010 at 10:00 a.m.

More time is needed to adequately prepare for the evidentiary hearing.  In particular, more time is needed to locate and contact witnesses concerning the events surrounding Mr. Kulkarni's case.  The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through November 1, 2010, for defense preparation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

Dated: October 4, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
ADITYA KULKARNI

Dated: October 4, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Michelle Beckwith
_____
MICHELLE BECKWITH
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 5, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE